## SCHWARTZ v. ADAMS.

## WEINER v. ADAMS.

APPEALS FROM THE DISTRICT COURT OF THE UNITED STATES FOR THE DISTRICT OF COLORADO.

Nos. 240, 241.   Submitted April 21, 1913.—Decided May 12, 1913.

Decided on authority of preceding case.

THE facts are stated in the opinion.

*Mr. Joshua Freeman Grozier* and *Mr. John A. Deweese* for appellant.

*Mr. Assistant Attorney General Harr* for appellee.

MR. JUSTICE HOLMES.   In accordance with a stipulation of counsel the same judgment will be entered in the above cases as in *Bugajewitz* v. *Adams, ante,* p. 585.

*Judgments affirmed.*